**SO ORDERED.**

**SIGNED this 31 day of August, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                                                    CASE NO.: 10-10769 rel

Bernard B. Peters,                                              Chapter: 7

                       DEBTOR.          JUDGE: ROBERT E. LITTLEFIELD, JR.

-------------------------------------------------------X

<u>**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**</u>

       Coming before the Court on August 11, 2010, was the motion of U.S. Bank, NA ("Movant") for relief from the automatic stay.  After due deliberation, it is hereby

       **ORDERED** that the automatic stay instituted upon filing of the within bankruptcy case is hereby terminated pursuant to 11 U.S.C. §362(d)(1) as to Movant, it's successors and/or assigns' lien interest in the property known as 32 Treadway Street, Ticonderoga, NY 12883, and it is further

       **ORDERED** that Movant is granted reasonable costs incurred with the filing of this application in the amount of $150.00, and it is further

**ORDERED** that the Movant shall immediately provide an accounting to the trustee of any surplus monies realized, and it is further

**ORDERED** that the stay invoked pursuant to F.R.B.P. 4001(a)(3) is waived and this order is effective upon the signing of this order.

###